UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO MARINELLO,        ) | Case No.: C 11-06682 PSG |
|              Plaintiff,   ) | **ORDER REFERRING CASE TO** |
|      v.                   ) | **CHIEF U.S. DISTRICT JUDGE JAMES** |
|                           ) | **WARE FOR RELATED CASE** |
|                           ) | **CONSIDERATION** |
| CALIFORNIA DEPARTMENT OF  ) | |
| CORRECTIONS AND           ) | |
| REHABILITATION CTF-SOLEDAD,) | |
|                           ) | |
|              Defendant.   ) | |
| _____) | |

It has come to the court's attention that the above-captioned action may be related to another action previously pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to Chief U.S. District Judge James Ware with a request that he consider whether the above-captioned action is related to the following actions:

*Rosario Marinello v. California Department of Corrections & Rehabilitation,* No. 08-664

Case No.: C 11-6682 PSG                    1
ORDER REFERRING CASE FOR RELATED CASE CONSIDERATION

JW.

Dated: January 4, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge