UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>        Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION CTF-SOLEDAD,<br><br>        Defendant. | Case No.: C 11-06682 PSG<br><br>**ORDER REFERRING CASE TO CHIEF U.S. DISTRICT JUDGE JAMES WARE FOR RELATED CASE CONSIDERATION** |

It has come to the court's attention that the above-captioned action may be related to another action previously pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to Chief U.S. District Judge James Ware with a request that he consider whether the above-captioned action is related to the following actions:

*Rosario Marinello v. California Department of Corrections & Rehabilitation,* No. 08-664

Case No.: C 11-6682 PSG         1
ORDER REFERRING CASE FOR RELATED CASE CONSIDERATION

1  JW.

2  Dated: January 4, 2012

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28