IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Rosario Marinello, | NO. C 11-06682 PSG |
|       Plaintiff,<br>v. | **ORDER FINDING THAT CASES SHOULD NOT BE RELATED** |
| Cal. Dep't of Corr. and Rehab., | |
|       Defendant. | |

On January 4, 2012, Magistrate Judge Grewal referred the above-captioned case to Chief Judge Ware for consideration of whether it is related to an earlier case.[1] Judge Grewal requested that the Court consider whether this case is related to Rosario Marinello v. California Department of Corrections and Rehabilitation, No. C 08-00664 JW (the "2008 Action"). (Id. at 1-2.)

Civil Local Rule 3-12(a) provides:

An action is related to another action when:

(1)   The action concerns substantially the same parties, property, transaction or event; and

(2)   It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Upon review, the Court finds that this case should not be related to the 2008 Action. Defendant is the Correctional Training Facility in Soledad, California, which is located in Monterey

---

[1] (Order Referring Case to Chief U.S. District Judge James Ware for Related Case Consideration, Docket Item No. 7.)

1  County.[2]  Further, the alleged employment discrimination that is the subject of the Complaint in this
2  case took place in Soledad.  (Id.)  Under the Local Rules of the Northern District, the San Jose
3  Division is the proper venue for all civil actions of this type which arise in Monterey County.  See
4  Civ. L.R. 3-2.  Therefore, the Court finds that this case should remain in the San Jose Division,
5  which precludes relating it to the 2008 Action.[3]

6  Accordingly, the Court finds that this case should not be related to the 2008 Action.

Dated:  January 20, 2012

JAMES WARE
United States District Chief Judge

---

[2]  (See Employment Discrimination Complaint ¶¶ 2-6, Docket Item No. 1.)

[3]  On December 10, 2009, the Court entered judgment in the 2008 Action, which terminated that case.  (See Docket Item No. 99 in No. C 08-00664 JW.)  Subsequently, Chief Judge Ware moved from the San Jose Division to the San Francisco Division of the Northern District.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Rosario Marinello
266 Reservaton Road
#f232
Marina, CA 93933

**Dated: January 20, 2012**                                **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**

United States District Court
For the Northern District of California