E-filed on: 5/10/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CTF SOLEDAD,<br><br>　　　Defendants. | No. 11-06682 RMW<br><br>JUDGMENT |

On May 10, 2012, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of the complaint and that judgment be entered in favor of all defendants.

DATED:　　May 10, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00315 RMW
CCL